■ In the Matter of MAKEBA CARPENTER, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent, et al., Defendants. [44 NYS3d 906]—Order, Supreme Court, New York County (Lynn R. Kotler, J.), entered July 8, 2015, which granted defendants-respondents' motions to dismiss the complaint against the New York Police Department (NYPD), "Human Resources" and the New York City Housing Authority (NYCHA), unanimously affirmed, without costs.

The court properly dismissed the complaint against NYCHA for plaintiff's failure to file a timely notice of claim or to seek leave to file a late notice of claim within the applicable one-year-and-90-day limitation period (*see* Public Housing Law § 157 [2]; General Municipal Law §§ 50-e [1]; 50-i [1] [c]; *Davidson v Bronx Mun. Hosp.*, 64 NY2d 59, 61-62 [1984]; *Pierson v City of New York*, 56 NY2d 950, 955-956 [1982]; *Fornabaio v City of New York*, 41 AD3d 125 [1st Dept 2007]). The court also properly dismissed the complaint against NYPD and "Human Resources," as agencies of the City are not amenable to being sued (*see* New York City Charter, ch 17, § 396), and plaintiff has failed to state facts sufficient to raise a cognizable cause of action. Concur—Acosta, J.P., Mazzarelli, Feinman and Webber, JJ.